# First District Court of Appeal
## State of Florida

———————————————

No. 1D18-1681

———————————————

Chad Michael Rager,

    Petitioner,

v.

Mark S. Inch, Secretary,
Florida Department of
Corrections,

    Respondent.

———————————————

Petition for Writ of Habeas Corpus—Original Jurisdiction.

September 13, 2019

Per Curiam.

The petition for writ of habeas corpus is denied on the merits.

Lewis, Osterhaus, and Kelsey, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Chad Michael Rager, pro se, Petitioner.

Ashley Moody, Attorney General, and Quentin Humphrey, Assistant Attorney General, Tallahassee, for Respondent.